938 A.2d 919

IN THE MATTER OF FRANK D. DEVITO, AN ATTORNEY
AT LAW (ATTORNEY NO. 017311979).

December 6, 2007.

## ORDER

This matter having been duly presented to the Court on the application of **FRANK D. DeVITO,** through counsel and with the consent of the Office of Attorney Ethics, to transfer **FRANK D. DeVITO** of **UNION,** who was admitted to the bar of this State in 1979, to disability inactive status in accordance with *Rule* 1:20–12;

And the Court having concluded that **FRANK D. DeVITO** lacks the capacity to practice law;

And good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–12, **FRANK D. DeVITO** is hereby transferred to disability inactive status, effective immediately and until the further Order of the Court;  and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **FRANK D. DeVITO** pursuant to *Rule* 1:21–6 be restrained from disbursement except on application to this Court, for good cause shown, and shall be transferred by the financial institution to the Clerk of the Superior Court, who is directed to deposit the funds in the Superior Court Trust Fund pending the further Order of this Court;  and it is further

ORDERED that **FRANK D. DeVITO** is hereby restrained and enjoined from practicing law during the period that he remains on disability inactive status;  and it is further

ORDERED that **FRANK D. DeVITO** comply with *Rule* 1:20–20 governing incapacitated attorneys.